790 A.2d 902

IN THE MATTER OF STEPHEN H. ROSEN,
AN ATTORNEY AT LAW.

February 28, 2002.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–322/323, concluding that **STEPHEN H. ROSEN of GLEN RIDGE,** who was admitted to the bar of this State in 1982, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.5(a) (unreasonable fee), *RPC* 1.15 (breach of escrow agreement), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.16(d) (failure to protect client's interest on termination of representation), and *RPC* 3.4(d) (failure to comply with discovery requests); and good cause appearing;

It is ORDERED that **STEPHEN H. ROSEN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 25, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.